

CITY OF PHILADELPHIA

LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

**RENEE GARCIA**
City Solicitor
(215) 683-5003
renee.garcia@phila.gov

**CRAIG GOTTLIEB**
Senior Attorney, Appeals
(215) 683-5015
craig.gottlieb@phila.gov

April 5, 2024

**<u>Via electronic filing</u>**
Patricia S. Dodszuweit, Clerk
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:  <u>Road-Con Inc., et al. v. Philadelphia, et al.</u>, 23-1782
     (Submission pursuant to FRAP 28(j)) (348 words)

To the Court:

    Pursuant to Judge McKee's invitation at argument, we respond to the Court's inquiry regarding <u>ABC v. Allegheny</u>, 81 F.4th 279 (3d Cir. 2023). Judge Matey asked whether <u>ABC</u> was distinguishable because there the plaintiffs supposedly provided a "fairly sweeping declaration of non-participation in the City contract" and "had no intent to ever bid." However, as the below-cited material shows, the <u>ABC</u> plaintiffs demonstrated the same interest regarding participation in government contracts as Plaintiffs do here. Thus, <u>ABC</u> is indistinguishable.

    Far from declaring that they were not interested in bidding, the <u>ABC</u> plaintiffs actually declared that, although they "did not and 'will not bid' on the [government's] PLA-covered projects," "they are ready and able to bid on future projects should the PLAs be removed." <u>ABC</u>, 81 F.4th at 285. Indeed, those contractors' declarations stated that they "are certain or likely to bid on

[government] projects in the reasonably near future if the PLA is removed." <u>ABC v. Allegheny</u>, 2022 WL 889891, at *6 (W.D. Pa. Mar. 25, 2022).

Plaintiffs here are indistinguishable. Recognizing that our reading of <u>ABC</u> is legally correct, Plaintiffs claim that "<u>ABC</u> is inapplicable because Road-Con intended to bid on contracts subject to the city's [PLA's]." Reply Brief at 1.

They are factually wrong. While the initial complaint states that "Road-Con and Loftus intend to submit a bid for the 15th Street Project," ECF1, ¶58, that document later clarifies that "Road-Con and Loftus cannot bid on the 15th Street Project with their current workforce unless they breach their collective-bargaining agreement with [USW]." <u>Id</u>. ¶73.

Admittedly, Plaintiffs were willing (and did) bid <u>after</u> the PLA's removal. But Plaintiffs failed to show that they intended to bid on projects <u>while</u> the projects were covered by PLA's. <u>See also</u> A377 (Loftus "would not have submitted a bid because it had a PLA"); A293 (Road-Con "declined bidding" because it "saw there was a PLA"); A332 (Neshaminy); A415 (PKF); A808 (Zimolong: "Road-Con and Loftus would like to submit bids on these projects [b]ut … cannot because they are [USW] signatories"); A884 (¶109). Therefore, this case is on all fours with <u>ABC</u>.

                                              Respectfully submitted,

| | |
|---|---|
| KANG HAGGERTY, LLC | CITY OF PHILA. LAW DEPT. |
| Edward T. Kang | Renee Garcia, City Solicitor |
| | |
| /s/ Susan Moon O | /s/ Craig Gottlieb |
| Susan Moon O | Craig Gottlieb |
| 123 S. Broad Street, Suite 1950 | Senior Attorney, Appeals |
| Philadelphia, PA 19109 | 1515 Arch Street, 17th Floor |
| P: (215) 525-5850 | Philadelphia, PA 19102-1595 |
| | (215) 683-5015 |
| | |
| *Attorneys for Intervenors* | *Attorney for The City of Philadelphia and the Mayor of Philadelphia* |

# **CERTIFICATE OF SERVICE**

    I, Craig Gottlieb, hereby certify that I served a true and correct copy of Appellees' 28(j) Letter on counsel of record via electronic service

| | |
|---|---|
| April 5, 2024 | /s/ Craig Gottlieb |
| | Craig Gottlieb |
| | Senior Attorney |
| | Attorney I.D. No. 73983 |
| | City of Philadelphia Law Department |
| | 1515 Arch Street, 17th Floor |
| | Philadelphia, PA  19102-1595 |
| | (215) 683-5015 |
| | |
| | Attorney for Appellees |