UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-1782
_____

ROAD-CON, INC.; NESHAMINY CONSTRUCTORS, INC.; LOFTUS
CONSTRUCTION, INC.; PKF-MARK III, INC.; SCOTT A. LACAVA,
               Appellants

v.

THE CITY OF PHILADELPHIA; MAYOR OF PHILADELPHIA


Mechanical Contractors Association of Eastern Pennsylvania, Inc.,
d/b/a Mechanical and Service Contractors Association of Eastern Pennsylvania;
National Electrical Contractors Association, Penn-Del-Jersey Chapter
               (Intervenors in District Court)

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(No. 2-19-cv-01667)
District Judge: Honorable Juan R. Sanchez

_____

PETITION FOR PANEL REHEARING
_____

BEFORE: RESTREPO, MATEY, McKEE, *Circuit Judges*
_____

The petition for panel rehearing filed by appellees City of Philadelphia in the above-captioned matter has been submitted to the judges who participated in the decision of this Court. No judge who concurred in the decision asked for rehearing. It is now hereby **ORDERED** that the petition is **DENIED**.

BY THE COURT

s/ Paul B. Matey
Circuit Judge

Dated: November 26, 2024
Tmm/cc: All Counsel of Record